IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER BACHMAN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5522

Opinion filed April 4, 2017.

Petition for -- Original Jurisdiction.

Rachael E. Bushey of O'Brien Hatfield, PA, Tampa, for Petitioner.

Pamela Jo Bondi, Attorney General, Jason W. Rodriguez and Jennifer J. Moore,
Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

    Petitioner is granted a belated appeal of the July 28, 2015, final order on

defendant's amended motion for postconviction relief issued in Okaloosa County

Circuit Court case number 2008-CF-2832. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.